# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-0659
_____

ANTHONY WAYNE CAMPBELL,

    Appellant,

    v.

OKALOOSA COUNTY SCHOOL
DISTRICT,

    Appellee.

_____

On appeal from the Circuit Court for Okaloosa County.
Terrance R. Ketchel, Judge.

April 10, 2024

PER CURIAM.

AFFIRMED. *See Reid v. Daley*, 276 So. 3d 878, 880-881 (Fla. 1st DCA 2019) (applying the impact rule where Appellant's harm was emotional in nature and the very limited exception to the impact rule established in *Rowell v. Holt*, 850 So. 2d 474 (Fla. 2003) did not apply).

OSTERHAUS, C.J., and ROBERTS and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Robert Allen, Pensacola, for Appellant.

Kayla Elizabeth Platt Rady and J. David Marsey of Rumberger, Kirk & Caldwell, P.A., Tallahassee, for Appellee.